UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

CLINTON C. BARLOW,

                Plaintiff,

                                                    5:07-CV-1310
        v.                                             (FJS/GHL)

U.S.H.H.S.,et al.,

                Defendants.
_____

APPEARANCES:                            OF COUNSEL

CLINTON C. BARLOW
Plaintiff *pro se*
3287 Shetland Road West
Jacksonville, Florida 32277

**FREDERICK J. SCULLIN, JR., S.D.J.:**

### DECISION AND ORDER

    Presently before the Court is Magistrate George H. Lowe's December 19, 2007 Report-Recommendation in which he recommends that this case be dismissed for lack of subject matter jurisdiction and Plaintiff's motion for leave to proceed *in forma pauperis* be **DENIED AS MOOT,** and the Court having reviewed the Report-Recommendation and the entire file in this matter and no objections to said Report-Recommendation having been filed, the Court hereby

    **ORDERS**, that the Report-Recommendation filed by Magistrate Judge George H. Lowe on December 19, 2007 is, for the reasons

stated therein, **ACCEPTED** in its entirety; and the Court further

**ORDERS,** that this case is **DISMISSED** for lack of subject matter jurisdiction and Plaintiff's motion for leave to proceed *in forma pauperis* is **DENIED AS MOOT,** and the Court further

**ORDERS,** that the Clerk of the Court is to enter judgment in favor of Defendants and close this case.

**IT IS SO ORDERED.**

DATED: January 9, 2008
       Syracuse, New York

_____
Frederick J. Scullin, Jr.
Senior United States District Court Judge