# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**CLINTON C. BARLOW**

        V.        **CASE NUMBER: 5:07-CV-1310 (FJS/GHL)**

**U.S.H.H.S.; et al.**

[ ]    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[XX]   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered in favor of DEFENDANTS against PLAINTIFF dismissing this case for lack of subject matter jurisdiction pursuant to the Decision and Order of the Hon. Frederick J. Scullin, Jr., filed on January 9, 2008.

DATED:   January 9, 2008

*[signature]*
Clerk of Court

LKB:lmp